UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAYS INNS WORLDWIDE, INC., *a Delaware Corporation*,

       *Plaintiff,*

v.

FERGUS FALLS HOSPITALITY CORP., *a Minnesota Corporation*, JAGDISH PATEL, *an individual*, and KUSUM PATEL, *an individual*,

       *Defendants.*

Civil Action No. 10-4689 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    This matter having come before the Court by way of Magistrate Judge Patty Shwartz's Report and Recommendation [D.E. 12] that the Court strike defendants' answers for failure to appear at a Rule 16 conference; and the parties having had 14 days to object to the Report and Recommendation pursuant to L. Civ. R. 72.1(c)(2); and none of the parties having filed an objection; good cause appearing,

    IT IS ON this 30th day of June, 2011,

    **ORDERED** that the Report and Recommendation [D.E. 12] is **accepted**, and it is further

    **ORDERED** that, for the reasons stated in the Report and Recommendation, defendants' answers are **stricken**.

                             /s/ Katharine S. Hayden
                             Katharine S. Hayden, U.S.D.J.