CLYDE & CO US LLP
200 Campus Drive
Suite 300
Florham Park, N.J. 07932-0950
(973) 210-6700
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | : |
| | : Civil Action No. 10-cv-4689 (KSH/PS) |
| Plaintiff, | : |
| v. | : |
| | : **FINAL JUDGMENT BY DEFAULT** |
| FERGUS FALLS HOSPITALITY CORP., a Minnesota Corporation; JAGDISH PATEL, an individual; and KUSUM PATEL, an individual, | : |
| | : |
| Defendants. | : |
| | : |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Clyde & Co US LLP, seeking the entry of final judgment by default against defendants, Fergus Falls Hospitality Corp., Jagdish Patel, and Kusum Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on September 13, 2010, seeking damages as a result of the breach of a license agreement between DIW and Fergus Falls Hospitality Corp., and service of a copy of the Summons and Complaint having been effectuated with respect to defendants, Fergus Falls Hospitality Corp. and Jagdish Patel by personally serving them in Fergus Falls, Minnesota on October 12, 2010; and service of a copy of the Summons and Complaint having been effectuated with respect to defendant, Kusum Patel by personally serving him in Fergus Falls, Minnesota on October 19, 2010; and it

appearing that default was duly noted by the Clerk of the Court against Fergus Falls Hospitality Corp. on November 10, 2010 for its failure to plead or otherwise defend in this action; and it appearing that default was duly noted by the Clerk of the Court against Jagdish Patel and Kusum Patel on July 7, 2011 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this **4th** day of **October**, 2011,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Defendants, jointly and severally, in the total amount of $459,629.24, comprised of the following:

a) $ 52,051.53 for Recurring Fees (principal plus prejudgment interest); and

b) $401,369.36 for actual damages (principal plus prejudgment interest); and

c) $6,208.35 for attorneys' fees and costs.

**KATHARINE S. HAYDEN, U.S.D.J.**